AO 442 (Rev. 11/11) Arrest Warrant

FID 10216939

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

**RECEIVED MAR 15 2017**

United States of America
v.

CLEVELAND HARRIS WATKINS, II
*Defendant*

Case No.  6:17-207

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CLEVELAND HARRIS WATKINS, II,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 922(g)(1); Title 18, United States Code, Section 924(a)(2); Title 18, United States Code, Section 924(e); Title 18, United States Code, Section 924(c)(1)(A); Title 21, United States Code, Section 841(a)(1); Title 21, United States Code, Section 841(b)(1)(C); Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 21, United States Code, Section 881; Title 28, United States Code, Section 2461(c)

Date: 03/14/2017

s/Jackie Aiken, Deputy Clerk
*Issuing officer's signature*

City and state:   Greenville, South Carolina

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* MAR 15 2017, and the person was arrested on *(date)* 11/29/17
at *(city and state)* Greenville, SC.

Date: 11/30/17

Self-report to ATF SA Gault
*Arresting officer's signature*

By: P. Schwartz, CPS
*Printed name and title*