IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

**VS**                                                         CR NO. <u>6:17-207</u>

**CLEVELAND HARRIS WATKINS, II**

# PLEA

The defendant, **<u>CLEVELAND HARRIS WATKINS, II</u>**, having withdrawn his plea of Not Guilty, pleads **GUILTY** to Count **1,2,3,4 and 5** of the **Indictment**.

_____
(Signed) Defendant

Greenville, South Carolina
2/6/18